UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 18 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANDREW SABLAN SALAS,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant - Appellee. | No. 22-16936<br><br>D.C. No. 1:22-cv-00008<br>U.S. District Court for the Northern Mariana Islands, Saipan<br><br>**ORDER** |

The reply brief submitted on August 17, 2023 is filed.

Within 7 days of this order, appellant is ordered to file 6 copies of the brief in paper format with gray covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website at http://www.ca9.uscourts.gov/forms/.

The further excerpts of record submitted on August 17, 2023 are filed. Within 7 days of this order, appellant is ordered to file 3 copies of the excerpts in paper format securely bound on the left side, with white covers.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939.

The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT