APPEAL NO. 22-16936

_____

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

_____

### ANDREW SABLAN SALAS,

Plaintiff-Appellant,

vs.

### UNITED STATES OF AMERICA,

Defendant-Appellee.

_____

Appeal from the District Court for the Northern Mariana Islands
District Court No. 1:22-cv-00008

_____

### MOTION REQUESTING APPEARANCE OF COUNSEL BY REMOTE
### VIDEO CONFERENCE

_____

JOSEPH E. HOREY
BANES HOREY BERMAN & MILLER, LLC
First Floor, Macaranas Building
4165 Beach Road, Garapan, Saipan
Commonwealth of the Northern Mariana Islands
PO Box 501969, Saipan MP 96950
Telephone: (670) 234-5684
Fax No. (670) 234-5683

Attorney for Appellant

## MOTION REQUESTING APPEARANCE OF COUNSEL BY REMOTE VIDEO CONFERENCE

Appellant Andrew Salas hereby requests that his undersigned counsel be permitted to appear by remote video for the oral argument scheduled in this matter for Monday, February 12, 2024, at 9:00 a.m., for the reason that Appellant is unable to afford the substantial costs associated with his attorney traveling from Saipan to Honolulu.

The District Court for the Northern Mariana Islands is equipped with the necessary videoconferencing equipment, and argument has been conducted in this Court by remote connection to the NMI District Court on numerous prior occasions when travel to the regular site of argument has been cost-prohibitive.

The District Court has confirmed its availability on the date of the argument in this matter. Appellant therefore requests that his counsel be permitted to argue by remote connection to the NMI District Court in this case.

Respectfully submitted this fourth day of January, 2024.

BANES HOREY BERMAN & MILLER, LLC
Attorneys for Appellant


*/s/ Joseph E. Horey*
By: _____
Joseph E. Horey


*4784-01-240104-motion for remote video.docx*