# BANES HOREY BERMAN & MILLER, LLC
Attorneys at Law

First Floor, Macaranas Building
4165 Beach Road, Garapan
PO Box 501969
Saipan MP 96950
Tel.: 670-234-5684
Fax: 670-234-5683
www.pacificlawyers.law
Email: cnmi@pacificlawyers.law

January 15, 2024

United States Court of Appeals for the Ninth Circuit
San Francisco, California

Re: *Salas v. United States*, No. 22-16936

To the Court:

    I will be requiring the special accommodation of a remote video connection to the District Court for the Northern Mariana Islands.

    My motion for this accommodation was previously granted. *See* Dkt. No. 37.

    Thank you for your attention to this matter.

Best regards,

*Joseph E. Horey*

Joseph E. Horey



A Member of PACIFIC LAWYERS

An Affiliation of Law Firms Serving the Pacific, with Offices in Hawaii, Guam, Saipan, Pohnpei, Majuro and Manila
www.pacificlawyers.law