| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 5 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

ANDREW SABLAN SALAS,

    Plaintiff-Appellant,

 v.

UNITED STATES OF AMERICA,

    Defendant-Appellee.

No.   22-16936

D.C. No. 1:22-cv-00008
District of the Northern Mariana Islands,
Saipan

ORDER

Before: PAEZ, M. SMITH, and KOH, Circuit Judges.

The panel has unanimously voted to deny appellant's petition for rehearing. Judge M. Smith and Judge Koh have voted to deny the petition for rehearing en banc. Judge Paez has recommended that the petition for rehearing on banc be granted. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petitions for rehearing and rehearing en banc are DENIED.