# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

February 6, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Andrew Sablan Salas
            v. United States
           No. 24-840
           (Your No. 22-16936)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 3, 2025 and placed on the docket February 6, 2025 as No. 24-840.

Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst